<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6150**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

DENNARD HUTCHINSON,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:03-cr-00145-HEH-1)

_____

Submitted: August 12, 2013      Decided: August 21, 2013

_____

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennard Hutchinson, Appellant Pro Se. Roderick Charles Young,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennard Hutchinson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in his sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual (2011). We have reviewed the record and hold the district court did not abuse its discretion in denying the relief Hutchinson sought. See United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. See United States v. Hutchinson, No. 3:03-cr-00145-HEH-1 (E.D. Va. Jan. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED